UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| KRISTA CRUMBLING; WILLIAM STONE; CHRISTOPHER RICH; and ANTHONY GIRARD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | C/A: 2:15-cv-04902-PMD |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **PLAINTIFFS' MOTION FOR** |
| | ) | **CONDITIONAL CLASS** |
| **MIYABI** MURRELLS INLET, LLC; | ) | **CERTIFICATION (FLSA)** |
| CHARLESTON MIYABI, INC.; | ) | **AND** |
| COLUMBIA MIYABI, INC.; | ) | **RULE 23(b)(3) CLASS** |
| FANTASY FAR EAST, INC.; | ) | **CERTIFICATION (SCPWA)** |
| UNITED WILL KYOTO USA, INC.; | ) | **AND** |
| MIYABI GREENVILLE, INC.; | ) | **TO AUTHORIZE NOTICE TO** |
| FAYETTEVILLE MIYABI, INC.; | ) | **PUTATIVE CLASS MEMBERS** |
| AUGUSTA MIYABI, INC.; | ) | |
| SAVANNAH MIYABI, INC.; | ) | |
| CAPITAL JAPAN, INC. d/b/a MIYABI; | ) | |
| KOICHIRO HIRAO, individually; | ) | |
| KOICHIRO MAEDA, individually; and | ) | |
| JOHN DOE 1-10, individually, | ) ) | |
| Defendants. | ) ) | |

Plaintiffs, Krista Crumbling ("Crumbling"); William Stone ("Stone"); Christopher Rich ("Rich"); and Anthony Girard ("Girard"), on behalf of themselves and all others similarly situated, and all of the filed Opt-Ins to date (all jointly "Plaintiffs"), by and through their undersigned counsel, hereby move this Honorable Court for an Order of Conditional Collective Action Certification, pursuant to section 16(b) of the Fair Labor Standards Act 29 U.S.C § 216. Plaintiffs also move for an order of Class Certification pursuant to FRCP 23. Lastly, Plaintiffs move for an order sending a "hybrid" notice to the putative class members. This motion is supported by the Memorandum in Support with the various exhibits and any oral argument

1

Motion for Conditional FLSA Class Certification and Rule 23(b)(3) Class Certification
C/A: 2:15-cv-04902-PMD

permitted by this court.

Pursuant to Local Civil Rule 7.02, counsel for Plaintiffs requested the consent of Defendants, but counsel for Defendants never responded.

_____
Bruce E. Miller (Fed Bar No. 3393)
BRUCE E. MILLER, P.A.
147 Wappoo Creek Drive, Suite 603
Charleston, SC 29412
T: 843.579.7373
F: 843.614.6417
bmiller@brucemillerlaw.com

**ATTORNEYS FOR KRISTA CRUMBLING; WILLIAM STONE; CHRISTOPHER RICH; and ANTHONY GIRARD, on behalf of themselves and all others similarly situated**

CHARLESTON, SC

March 8, 2016

2